PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| | |
|---|---|
| United States District Court **Western** District **of Missouri** | |
| Name: **Bill L. Peoples** | Docket of Case No: **08-0058-CV-W-ODS-P** |
| Place of Confinement **Jefferson City Correctional Center** | Prisoner No: **1131566** |
| Petitioner **Peoples** V. | Respondent **Dormire** |
| The Attorney General of the State of: **Missouri** | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   **Morgan County Circuit Court          Versailles, Missouri**

   (b) Criminal docket or case number (if you know): _____

2. (a) Date of the judgment of conviction (if you know): _____

   (b) Date of sentencing: **approximately Feb. 15th 2006**

3. Length of sentence: **15 years**

4. In this case, were you convicted on more than one count or of more than one crime? (Yes) __ No

5. Identify all crimes of which you were convicted and sentenced in this case: **Statutory rape in the first degree, failure to appear**

6. (a) What was your plea (Check one)
   - (1) Not guilty
   - (2) Guilty ✓
   - (3) Nolo Contendere (no contest)
   - (4) Insanity plea

Case 4:08-cv-00058-ODS   Document 3   Filed 02/07/08   Page 1 of 15

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? N/A

(c) If you went to trial, what kind of trial did you have (check one).

Jury   N/A   Nonjury

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

(Yes)   No

8. Did you appeal from the judgment of conviction?

Yes   (No)

9. If you did appeal, answer the following:

(a) Name of court: N/A

(b) Docket or case number (if you know): N/A

(c) Result: N/A

(d) Date of result (if you know): N/A

(e) Citation to the case (if you know): N/A

(f) Grounds raised: N/A

(g) Did you seek further review by a higher state court?   Yes   (No)

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know): _____

(3) Result: _____

(4) Date of result (if you know): _____

(5) Citation of the case (if you know): _____

(6) Grounds raised: _____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court? Yes ___ (No)
If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petition, application or motions concerning this judgement of conviction in any state court?

Yes ___ (NO)

11. If your answer to Question 10 was "YES" give the following information:

(a)(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:_____

_____

_____

_____

_____

_____

    (6) Did you received a hearing where evidence was given on your petition, application, or motion?
        Yes           No

(b) If you filed any second petition, application, or motions, give the same information:
    (1) Name of court:_____

    (2) Docket of case number (if you know):_____

    (3) Date of filing (if you know):_____

    (4) Nature of the proceeding:_____

    (5) Grounds raised:_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
        Yes           No

(c) If you file any third petition, application, or motion, give the same information:

    (1) Name of court:_____

    (2) Docket of case number (if you know):_____

    (3) Date of filing (if you know):_____

    (4) Nature of the proceeding:_____

    (5) Grounds raised:_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    Yes          No

(7) Result:_____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:         Yes    No
    (2) Second petition     Yes    No
    (3) Third petition       Yes    No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

GROUND ONE: **Manifest Injustice**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

State had no right to hale Movant into Court for a probation violation.
— Movant had undergone a Cardiac procedure and was unable to travel.
— Doctors informed Movant that traveling could be life threatening.
— Movant advised Probation Officer of travel restrictions.

12. (a) Cont'd

Doctors advised Probation Officer of travel restrictions. Movant couldn't legally travel without a travel permit. Probation Officer refused to issue a travel permit. Probation Officer waited 6 days and violated Movant's probation. The facts were misrepresented to the Court by Probation Officer.

(b) If you did not exhaust your state remedies on Ground One, explain why: By the time documents now before the Court were obtained Movant was time barred.

(c) Direct Appeal of Ground One: N/A

    (1) If you appealed from the judgement of conviction, did your raise this issue?
        Yes  N/A  NO

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why? N/A

(d) Post-Conviction Proceedings: N/A

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
        Yes  N/A  No

    (2) If your answer to Question (d)(1) is "Yes" state:

    Type of motion or petition: N/A

    Name and location of the court where the motion or petition was filed: N/A

    Docket or case number (if you know): N/A

    Date of the court's decision: N/A

    Remark (attach a copy of the court's opinion or order, if available): N/A

    (3) Did you receive a hearing on your motion or petition?
        Yes  N/A  No

    (4) Did you appeal from the denial of your motion or petition?
        Yes  N/A  No

    (5) If your answer to Question (d)(4) is Yes, did you raise this issue in the appeal?
        Yes  N/A  No

    (6) If your answer to Question (d)(4) is "yes", state

    Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): _____

Date of the court's decision: _____

Results (attach a copy of the court's opinion or order if available) _____

(7) If your answer to Question (d)(4) or Questions (d)(5) is "No", explain why you did not raise this issue: N/A

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc) that you have used to exhaust your state remedies on Ground One: None

GROUND TWO:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

(c) Direct Appeal of Ground Two:

    (1) If you appealed from the judgement of conviction, did you raise this issue?
    Yes     No

    (2) If you did not raise this issue in your direct appeal, explain why? _____

(d) Post-Conviction Proceedings:

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
    Yes     No

    (2) If your answer to Question (d)(1) is "Yes" state:

    Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:_____

_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Remark (attach a copy of the court's opinion or order, if available):_____

_____

(3) Did you receive a hearing on your motion or petition?
    Yes            No

(4) Did you appeal from the denial of your motion or petition?
    Yes            No

(5) If your answer to Question (d)(4) is Yes, did you raise this issue in the appeal?
    Yes            No

(6) If your answer to Question (d)(4) is "yes", state

Name and location of the court where the appeal was filed:_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Results (attach a copy of the court's opinion or order if available)_____

(7) If your answer to Question (d)(4) or Questions (d)(5) is "No", explain why you did not raise this issue:_____

_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc) that you have used to exhaust your state remedies on Ground Two:_____

_____

GROUND THREE:
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why:_____

(c) Direct Appeal of Ground Three:

(1) If you appealed from the judgement of conviction, did you raise this issue?
Yes            NO

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why?_____

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes            No

(2) If your answer to Question (d)(1) is "Yes" state:

Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Remark (attach a copy of the court's opinion or order, if available):_____

(3) Did you receive a hearing on your motion or petition?
Yes            No

(4) Did you appeal from the denial of your motion or petition?
Yes            No

(5) If your answer to Question (d)(4) is Yes, did you raise this issue in the appeal?
Yes            No

(6) If your answer to Question (d)(4) is "yes", state

Name and location of the court where the appeal was filed:_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Results (attach a copy of the court's opinion or order if available)_____

(7) If your answer to Question (d)(4) or Questions (d)(5) is "No", explain why you did not raise this issue:_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc) that you have used to exhaust your state remedies on Ground Three:_____

GROUND FOUR:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why:_____

(c) Direct Appeal of Ground Four:

(1) If you appealed from the judgement of conviction, did you raise this issue?
Yes             No

(2) If you did not raise this issue in your direct appeal, explain why?_____

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes       No

    (2) If your answer to Question (d)(1) is "Yes" state:

        Type of motion or petition:_____

        Name and location of the court where the motion or petition was filed:_____

_____

        Docket or case number (if you know):_____

        Date of the court's decision:_____

        Remark (attach of copy of the court's opinion or order, if available):_____

_____

    (3) Did you receive a hearing on your motion or petition?
        Yes           No

    (4) Did you appeal from the denial of your motion or petition?
        Yes           No

    (5) If your answer to Question (d)(4) is Yes, did you raise this issue in the appeal?
        Yes           No

    (6) If your answer to Question (d)(4) is "yes", state

        Name and location of the court where the appeal was filed:_____

        Docket or case number (if you know):_____

        Date of the court's decision:_____

        Results (attach a copy of the court's opinion or order if available)_____

    (7) If your answer to Question (d)(4) or Questions (d)(5) is "No", explain why you did not raise this issue:_____

_____

    (e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc) that you have used to exhaust your state remedies on Ground Four:_____

_____

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?   Yes   (No)

If your answer is "No" state which grounds have not been so presented and give your reason(s) for not presenting them: Manifest Injustice, By the time documents now before the Court were obtained Movant was time barred.

(b) Is there any ground in this petition that has not been presented in some state of federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: Yes.

Manifest Injustice, Being unable to produce documents before the Court until now.

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes   (No)

If "Yes", state the name and location of the court, the docket or case number, the type of proceedings, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach of copy of any court opinion or order, if available: _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal for the judgment you are challenging?   Yes   (No)

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised: _____

16. Give the name and address, if you know, of each attorney who represented you in the following state of the judgment you are challenging:

(a) At preliminary hearing: _____

(b) At arraignment and plea: _____

(c) At trial: _____

(d) At sentencing: Jim Wilson  288 Harwood  Lebanon, MO. 65536

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentences to serve after you complete the sentence for the judgment you are challenging?   Yes   (No)

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes   No

18. TIMELINESS OF PETITION: If your judgment of conviction became filing over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.

Due to the fact that it took until January of 2008 to obtain all the documents now before the Court the Movant falls within the deadline set forth in section 1 paragraph D.

"The Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA) as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period limitations shall apply to an application for writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitations period shall run from the latest of:
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitution right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of true diligence.
(2) The time during which a property filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitations under this subsection.

Therefore, petitioner asks that the Court grant the following relief: To reinstate Movant's probation to it's original starting point with Interstate Compact completed allowing Movant to return to residency in South Carolina,

or any other relief to which petitioner is entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on February 4th 2008

Executed (signed) on February 3rd 2008

Bill L Peoples
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____